UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                )
                                      )
RUSSELL, MICHAEL                      )    CASE NO. 18-08199-JMC-7
RUSSELL, KRISTIAN                     )
                                      )
        Debtors.                      )

## NOTICE OF POSSIBLE ASSETS AND
## NOTICE OF ABANDONMENT OF PROPERTY

Paul D. Gresk, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002 (c) (5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT **Debtor's nonexempt interest in 299/365ths of their FY 2018 federal and state tax refunds and 25% of wages due and owing to them on the date of their bankruptcy filing.**

DATE:  1/25/2019              /s/ Paul D. Gresk
                              Paul D. Gresk, the Chapter 7 trustee
                              150 East 10th Street
                              Indianapolis, IN 46204
                              Phone: (317)237-0640
                              Fax: (317)237-7912
                              Email: bankruptcy@gslawindy.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing pleading has been served upon the below listed parties by either electronic mail and/or U.S. mail, postage prepaid on the date upon filing with the United States Bankruptcy Court.

**Michael & Kristian Russell**
8410 Country Meadow Drive
Indianapolis, IN 46234

**U.S. Trustee**
ustpregion10.in.ecf@usdoj.gov

/s/ Paul D. Gresk
Paul D. Gresk